# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America** <br> v. <br> **Javier ARANDA-Pinon** <br> DOB: 2004; United States Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO. <br><br> 24-08441MJ |

Complaint for violation of Title 18, United States Code, § 554(a)

On or about February 9, 2024, in the District of Arizona, **Javier ARANDA-Pinon** knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: one (1) 30-30 caliber Marlin Firearm rifle, one (1) .243 caliber CZ rifle, one (1) 9mm Glock handgun, and five (5) 9mm Glock magazines, knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774; all in violation of Title 18, United States Code, Section 554(a).

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

On February 9, 2024, at approximately 3:00 PM, **Javier ARANDA-Pinon** attempted to exit the United States and enter the Republic of Mexico through the Lukeville Port of Entry in Lukeville, Arizona. Customs and Border Protection Officers (CBPOs) were conducting outbound inspections when they stopped **Javier ARANDA-Pinon**, who was the driver and registered owner of a white Chevrolet Silverado bearing Arizona temporary license plate C691258. **ARANDA-Pinon** gave a negative declaration for guns, ammunition, or monetary instruments of $10,000 USD or more. **ARANDA-Pinon** was allowed to continue southbound into the Republic of Mexico.

At approximately 3:25 PM, **ARANDA-Pinon** approached the northbound lane at the Lukeville Port of Entry attempting to re-enter the United States while driving the Chevrolet Silverado. **ARANDA-Pinon** told the primary inspection CBPO that he was attempting to travel to Sonoyta, Mexico, but was refused entry into Mexico for failure to possess a birth certificate. **ARANDA-Pinon** gave the CBPO a negative declaration for guns, ammunition, or monetary instruments of $10,000 USD or more.

A CBPO began searching the interior of the Chevrolet Silverado. When the CBPO moved towards the rear end exterior of the Chevrolet Silverado during his search, he observed **ARANDA-Pinon** through the rear-view mirrors. While the CBPO was searching around the exterior rear end of the Chevrolet Silverado, he saw **ARANDA-Pinon** looking at the CBPO through the rear-view mirrors while also texting on his/**ARANDA-Pinon's** cell phone. The CBPO looked at the underside of the bed of the Chevrolet Silverado and noticed two

**(BASIS OF COMPLAINT CONTINUED ON REVERSE.)**

MATERIAL WITNESSES IN RELATION TO THE CHARGE:   N/A

| DETENTION REQUESTED <br> Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT <br><br> ADRIAN CABRAL *Digitally signed by ADRIAN CABRAL Date: 2024.02.12 09:24:07 -07'00'* |
|---|---|
| AUTHORIZED BY AUSA *Raquel Arellano* RAQUEL ARELLANO *Digitally signed by RAQUEL ARELLANO Date: 2024.02.12 09:09:53 -07'00'* | OFFICIAL TITLE <br> HSI Special Agent Adrian Cabral |
| **Sworn by telephone   x** <br> SIGNATURE OF MAGISTRATE JUDGE[1] | DATE <br> February 12, 2024 |

[1] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

**(BASIS OF COMPLAINT'S CHARGE AGAINST THE ACCUSED CONTINUED.)**

rifle bags tied down to the chassis where the spare tire is usually held. When the CBPO approached **ARANDA-Pinon** to effect an arrest, **ARANDA-Pinon** quickly flung his silver iPhone towards the front passenger area of the Chevrolet Silverado. **ARANDA-Pinon** was then detained and placed under arrest.

The white Chevrolet Silverado was sent to the Z-Portal for an X-ray inspection. Using the Z-Portal, a CBPO observed anomalies located at the rear underside of the Chevrolet Silverado that appeared to be the rifle bags initially observed by the primary inspection CBPO. The Chevrolet Silverado was sent to the secondary inspection area where the vehicle was placed on a lift. Once the Chevrolet Silverado was lifted, a CBPO observed two rifle bags tied down to the chassis with metal wires. Once the metal wiring was cut, the two rifle bags were removed and opened revealing one (1) 30-30 caliber Marlin Firearm rifle, one (1) .243 caliber CZ rifle, one (1) 9mm Glock handgun, and five (5) 9mm Glock magazines.

The firearms and magazines found in **ARANDA-Pinon's** vehicle qualify as United States Commerce Control List items and therefore are prohibited by law for export from the United States into Mexico without a valid license. **ARANDA-Pinon** did not possess a license to export firearms or ammunition from the United States.

